**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**THE HONORABLE Gregory Schaaf**

IN RE:                                                                 CASE NUMBER 19-60569

William Thomas Bolin and Connie Lynn Bolin

**U.S. BANKRUPTCY JUDGE'S MINUTES OF HEARING**

DATE: 09/18/2019                                                      TIME: 10:00

ISSUE:

31    08/06/2019    Renewed Motion for Relief from Stay, filed by MTGLQ Investors, L.P. Fee Amount 181. Last day to file objections: 8/20/2019. (Attachments: # 1 Proof of Claim # 2 Proposed Order) (Pagles, Carl)

DISPOSITION:

Cont

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Gregory Schaaf*
**Bankruptcy Judge**
**Dated: Wednesday, September 18, 2019**
**(rah)**