**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | William Thomas Bolin aka Bill Bolin |
| Debtor 2 (Spouse, if filing) | Connie Lynn Bolin aka Connie Meece |

United States Bankruptcy Court for the EASTERN District of KENTUCKY

Case number 19-60569-grs

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges       12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ INVESTORS, L.P.       **Court claim no**. (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 1092

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice:

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 05/20/2019 (Plan Review) | (5) | $325.00 |
| | | 06/03/2019 (POC) | | $300.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: POC 410A Form Review | 06/03/2019 | (11) | $250.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2       **Notice of Postpetition Mortgage Fees, Expenses, and Charges**       page 1

Debtor 1  William Thomas Bolin
aka Bill Bolin
   Print Name   Middle Name   Last Name

Case number (if known) 19-60569-grs

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Darrelyn Thomas
Signature

Date 10/14/2019

Print: Darrelyn Thomas
 First Name Middle Name Last Name

Title: Bankruptcy Attorney

Company: RAS Crane, LLC

Address: 10700 Abbott's Bridge Road, Suite 170
 Number Street

Duluth, GA 30097
City State ZIP Code

Contact Phone: 470-321-7112

Email: dthomas@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 15, 2019 ,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Lucas M. Joyner
Joyner Law Firm, PLLC
210 N. Broad Street
Suite 200
London, KY 40741

William Thomas Bolin
Connie Lynn Bolin
118 Tomahawk Dr
Somerset, KY 42503

Beverly M. Burden
PO Box 2204
Lexington, KY 40588

U.S. Trustee
100 E Vine St #500
Lexington, KY 40507

        RAS Crane, LLC
        Authorized Agent for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170
        Duluth, GA 30097
        Telephone: 470-321-7112
        Facsimile: 404-393-1425

        By: /s/ Alexis Van Zilen
            Alexis Van Zilen
            avzilen@rascrane.com